FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

Johnson
(Last Name)    (Identification Number)

Carvis       Lamar
(First Name)    (Middle Name)

Rankin County Jail
(Institution)

221 N. Timber Street Brandon MS 39042
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 05 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

V.    CIVIL ACTION NUMBER: 3:20-CV501-HTW-LRA
(to be completed by the Court)

Officer Hicks, McQueary Jordan,
Officer Morre, Joshua Bridges,
Lt. Barnett, Capt. Barry Vaughn

(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A.  At the time of the incident complained of in this complaint, were you incarcerated?
    Yes (✓)    No ( )

B.  Are you presently incarcerated?
    Yes (✓)    No ( )

C.  At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
    Yes ( )    No (✓)

D.  Are you presently incarcerated for a parole or probation violation?
    Yes ( )    No (✓)

E.  At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes ( )    No (✓)

F.  Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes ( )    No (✓)

Page 1 of 4

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Cacus Johnson          Prisoner Number: _____

Address: 221 North Timber Street Brandon MS 39042

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: McQueary Jordan officer Hicks officer More, Joshua bridges L.t. Barnett Capt Bary Vaughn is employed as Jailer officer in a Rankin officer at the jail
a Sgt Lt. Capt. in Jailer officer at Rankin County Jail

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Cacus Lamar Johnson

ADDRESS: 221 N. Timber St. Brandon MS 39042

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| Mc Queary Jordan | 221 N. Timber St. Brandon MS |
| officer Hicks | 221 N. Timber St. Brandon MS |
| officer Morre | 221 N. Timber St. Brandon MS |
| Joshua Bridges | 221 N. Timber St. Brandon MS |
| Lt. Barnett Capt Bary Vaughn | 221 N. Timber St. Brandon MS |

Page 2 of 4

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes (✓)   No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1. 3:20-cv-00204-DPJ-FKB

1. Parties to the action: John K. Bramlett, Rebecca N. Boyd, Matthew A. Baldridge, and Joshua Coe

2. Court (if federal court, name the district; if state court, name the county): Federal The United States District Court Southern District of Mississippi

3. Docket Number: Docket number 11

4. Name of judge to whom case was assigned: Judge F. Keith Ball

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) is it still pending

CASE NUMBER 2. 3:20-cv-00104-TSL-RHW

1. Parties to the action: Barry Vaughn, Lt. Barnett, Sergeant Hicks, Sgt. Bridges, Ray Born, Crokker, Barber Kristi, Perk Winston, officer Liltec, Johnthen Walker,

2. Court (if federal court, name the district; if state court, name the county): Federal The United States District Court Southern District of Mississippi

3. Docket Number: #12

4. Name of judge to whom case was assigned: Judge Robert H. Walker

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) is it still pending

→ back page

3rd

Case# 3:20-00328-CWR-FKB

1) Sergeant Bridges, officer Chaplain, officer Breedlode
2) Federal Court The United States District Court for the Southern District of Mississippi
3) Docket number #8
4) Judge F. Keith Ball
5) it is still pending

4th
1) Sheriff Bryant Bailey in Capt Barry Vaughn

Case# 3:20-CV-00117-HTW-LRA

2) Federal court The United States District Court for the Southern District of Mississippi
3) Docket number 14
4) Judge Linda R. Anderson
5) is still pending

Case# 3:20-CV-09-DPJ-FKB

5th
1) Charles Hopkins, officer Johnthen Trustee May Barry, Joshua Bridges, Barry Vaughn, Hunter Chapman, Jordan Mcqueary, Johnathan Franklin, Kristi Barber, Perk Winston, Michael Rayborn, Johnathan Biggers, Debra Murphy and Lt Jeskel
2) federal Court The United States District Court for the Southern District of Mississippi
3) Docket number # 33
4) Judge F. Keith Ball
5) it is still pending

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

I did My Complaint on a extra sheets of paper I'm filing this Complaint under Cruel and unusual punishment Discrimination Retaliation pain in suffering, Messing with My Mail legal Mail not letting U.S Mail go out breaking Federal law, In Retaliation against me Cuz I got federal lawsuit on them in having the inmate poison My food in keep beating on me by putting they hands on me its on Camera Retaliation against me

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

$800,000 dollars for pain in Suffering

Signed this __1__ day of __August__, 20__20__.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct. yes

_Carunis Johnson_
Signature of plaintiff

Claim #4

Report 4) So on the 6-21-20 at 9:PM I sent out 3 letter by the officer. the Sgt. over the jail officer Joshua bridges ben getting the Mail sent to his office in they ben opening up My Mail in they aint ben letting it go out Cuz I got him on 3 of My lawsuit case with the united States District Court they wrote me back here last month on the 6-9-20 they wont me to write back on a due date on the 6-24-20 but they wrote me back on the 7-10-20 saying they aint get My Response back and it on Recorde in I had a due on the 7-24-20 so I wrote them letting them know that the officer on the shif aint let My Mail go out its on Camera I sent My Mail out on the 6-21-20 of last month they tying to get My Mail bEE dismiss Cuz I got a lawsuit on them in they aint letting My Mail go out they braking federal law by not letting u.s. post Mail going out in they reading My legal Mail I wrote down everything I do in everytime I sen My Mail out they take My Mail out off camera in they read it in they give it to the L.t in Capt. over the jail thats a Retaliation Discrimination on me in I got it in black in white The united States District court did not get My due response back in I know the officer give My Mail to sgt Joshua bridges they thank they smart in what they do him in the sgt Woman Barber Kristi aint letting My legal Mail go out I have to sen it out at 11:30pm when they get off work at 11:00pm the Camera will show you when I sen My Mail out End of the Report

Relief to be put in Jail

Report 5)     Claim #5

on the 7-29-20 officer peck winston come to My Cell 318 in the Morning say Lt. Barnett in Capt Barry Vaughn said I got to come out My cell on day room call with handcuffs on me in My legs everyday in I got to take a shower everyday with handscuffs on I said I can not shower with no handscuffs on how I'm gone clean Myself they mad cus I got them lawsuit case on them it's on Camera on the 7-29-730 I'm in hands caffs in legs cuffs walking around thats pain suffering in cruel and unusual punishment Discrimination Retaliation Camera outside My cell North tower outside 318 in the Cat walk   End of the Report

Relief 900,000 dollars   Carvis Johnson 7-30-20

```
Carvis Lamar Johnson #109384
Rankin County Jail
221 N. Timber Street
Brandon, MS 39042
```
---

Report 3)   at 5:PM   Claim #3

On the 6-17-20 officer Morre come around to feed me my snack bag the same trustee Ricby that being doing something to my food he come to the window saying I just did some to your food so I tell the officer Morre he get my bag my food come out in his hands he go outside the door give it back to the trustee in he give it back to the officer the officer lied saying its another bag but you can see its the same bag I sad I dont wont it my food is wet you let the trustee do some to my bag he try to make me take the bag I'm he close the tray hold door on my arm a lots of time hard traying to boake my in the door its on camera my arm is bloody in it is cut up from the tray hold door they aint give me no medical help or nothing in they aint give me a new bag or nothing I aint eat nothing that night its on camera L.t. King come on the zone I told him what happen he aint do nothing they letting the trustee inmate do something to my food I aint eating this food they trying to kill me the Racist in evil. End of the Report.

Relief $800,000 dollars

Report 5) Claim #5              8-1-20          Carvis Johnson

I ask a lots of time for a Grievance form but The Lt. Barnett wont give us none at this jail Cuz he know his officers be beating on a lots of inmate so he try to cover for them by not giving us a Grievance form all my complaint I got on this jail before I start on my grievance complaint I all ways ask all the Lt. at this jail for a grievance in I ask the Capt. over the jail for one but they wont give me one in same to all the inmates at this jail They wont give you no grievance They braking Ill rights we got the rights to ask for a grievance form in they had me to come out my Cell 318 with Hands Cuffs in legs cuffs on on the 7-29-20 7-30-20 in 7-31-20 its on Camera Im walking around with them on me plus They try to Make me shower with them on but I said no I cant shower with this on me like this → back page

3 of 3

So they said I can not come out my cell if I don't put them on my legs or hand I said aint no inmates in this jail every had to do this put legs cuffs in hands cuffs to walk around or shower on them like this they Mab cuz I got a lawsuit case on them 3 of them on them now they making me suffer that's pain in suffering cruel and unusual punishment Discrimination Retaliation its on camera I aint never did nothing to them they beat on me a lots of time in it they go around bragging about it to the friends calling out my name they Racist in evil at this jail I aint never suffer like this in my hold life never in the Lt. in the Capt. over this jail let them do it in get away with it all the time these officers can kill you on camera in get away with it in aint nothing gone happen to them cuz they keep beating on inmates at this jail for nothing in they still walk around like aint nothing happen pain in suffering

7-30-20

Complaint.

To: United States District Court
From: Carvis Johnson

Report: 1)   Claim 1)

On the 6-9-20 at 2:50 pm officer Hicks come to my cell 318 in he had me to come out my cell 318 in he had me up against the wall he push my head hard to the brick wall 2 time in he took my legal mail that I had on me in its on camera then he move away from the wall in he put me by the window why L-ti Barnett in the woman officer Kristi Barber take away my stuff in my cell then officer Hicks push my head hard to the window 2 time for nothing saying f--k your lawsuit I dont care about the camera they come in pick with me for nothing Racist so latter on at 5:50 officer perks winston in the officer work the tower they did not feed me so I put some water on the floor to get a Rankin officer to my cell to feed me so officer Hicks in perk winston come in my cell 318 put cutts on me in they took me next door to cell 319 they made me get nake it Hicks slam me on my face on the floor in him in perk winston got on top of me I ask why you slam me on the floor for nothing he said I dont like you do another lawsuit nigga your mail ain't going out noway in they put me back in my cell 318 End of the Report

RElief
$600.000 dollar

Next page → back

Report 2) Claim #2

On the 6-12-20 at 11 some Am offer officer Mcqueary Jordan come to my cell 318 to feed me my food the white trustee Kirby ben doing something to my food now for over 3 months In I wont eat my food Cuz you can look at it in tell he did something to my food in he come to the window saying I did some to your food so the trustee give my food to officer Mcqueary Jordan he come to my cell in he try to pass me the snack bag but I wont take it the bottom of the bag is supper wet so I told the officer Jordan to look at the bag so all the food come out the bag in his hand over over the floor the camera see all my food come out the bottom of the bag in his hand I ask will you give me another bag the trustee do something to my bag so the officer say I cant do nothing about it he dont like me Cuz I got a lawsuit on him plus he let the trustee do something to my bag. so I said I need to see a officer he punch me in my mouth threw the tray hold door in he try to brake my arm 3 time hard on the door pulling on in moveing it back in ford hard the Lt. King come to my door he try to brake my arm again in the Lt. aint do nothing in they aint feed me they left off the zone its all on Camera Camera outside my cell 318 they is Racist in evil. End of the Report

Relief $700,000 dollars

Carvis Johnson
7-30-20