Carlis Johnson
Rankin County Jail
221 N. Timber Street
Brandon MS 39042



"LEGAL MAIL"
Rankin County Jail

Legal Mail

Clerk U.S. District Court
Southern District of Mississippi
501 E. Court Street, Suite 2.500
Jackson, Mississippi 39201