UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**NOTICE OF ASSIGNMENT**

Date case was filed:   August 5, 2020

Your case against <u>Officer Hicks, et al.</u> has been assigned Civil Action No. <u>3:20-cv-501-HTW-LRA</u> and has been referred to the following Judges:

| *District Judge* | | *Magistrate Judge* | |
|---|---|---|---|
| X | Henry T. Wingate | ☐ | Michael T. Parker |
| ☐ | Louis Guirola, Jr. | X | Linda R. Anderson |
| ☐ | Keith Starrett | ☐ | F. Keith Ball |
| ☐ | Daniel P. Jordan III | ☐ | John C. Gargiulo |
| ☐ | Sul Ozerden | ☐ | Robert P. Myers, Jr. |
| ☐ | Carlton W. Reeves | | |
| ☐ | Walter Gex, III (Senior Judge) | *Division* | |
| ☐ | William H. Barbour, Jr. (Senior Judge) | Clerk's Office, Northern Division | |
| ☐ | David Bramlette, III (Senior Judge) | 501 E. Court Street, Ste. 2.500 | |
| ☐ | Tom S. Lee (Senior Judge) | Jackson, MS 39201 | |

It is your responsibility to see that all pleadings and correspondence filed with this Court regarding this case contain the civil action number and judge designations.

If you wish to have a stamped filed copy of any pleading or document filed in this case returned to you, you will need to send an extra copy of the document along with a stamped self-addressed envelope.   If you do not send an extra copy of the documents <u>and</u> a stamped self-addressed envelope, this Court will be unable to return a copy to you.

<u>NOTICE FOR CHANGE OF ADDRESS</u>:   When there is a change of address for the plaintiff, the plaintiff <u>must</u> notify this Court in writing in a separate document with the following specific information:   (1) state the civil action number of the case; (2) state that the plaintiff is requesting this Court to change his address of record; (3) state the new address of the plaintiff; and (4) if applicable, state the prisoner number of the plaintiff.

The failure to advise this Court of a change of address or failure to comply with any order of this Court will be deemed as a purposeful delay and contumacious act by the plaintiff and may result in the dismissal of your case.

PSP